UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE WARD, et al,<br><br>        Plaintiff,<br><br>    v.<br><br>SPOKANE MACHINERY COMPANY,<br><br>        Defendant. | No. CV-07-118-FVS<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

**THIS MATTER** having come before the Court based upon the parties' stipulated request for dismissal with prejudice; Now, therefore

**IT IS HEREBY ORDERED:**

The parties' stipulation (Ct. Rec. 35) is approved. The above-entitled action is dismissed with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___25th___ day of September, 2007.

                                s/ Fred Van Sickle
                                Fred Van Sickle
                   United States District Judge

ORDER - 1